IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASTON CHARLES BUTLER, 42209-177, | § § § | |
| Movant, | § § | |
| V. | § § | Civil No. 3:22-CV-2552-N-BK |
| | § | (Criminal No. 3:17-CR-562-N-1) |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 17th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE